# COURT MINUTES OF CONFERENCE

MARK S. SCHROEDER,

    v.                                                                                                        CASE NO. 13-CV-696

CITY OF WAUKESHA, et al.

## HON. J. P. STADTMUELLER PRESIDING

| | |
|---|---|
| DATE: May 14, 2014 | TIME SCHEDULED: 10:30 a.m. |
| COURT DEPUTY/CLERK: Zachary Willenbrink | TIME CALLED: 10:46 a.m. |
| COURT REPORTER: John Schindhelm | TIME FINISHED: 10:57 a.m. |

PURPOSE: Status Conference

PLAINTIFF BY:    Benjamin Reyes, Eric Darling, Craig Mastantuono

DEFENDANT BY:    Tyler Wilkinson

Notes:

10:46 a.m. Appearances

10:47 Court discusses background of case; notes that the questions raised by the defendants are not resolvable at this stage of the case without a set of stipulated facts or the fact-finding process

10:51 Mr. Wilkinson responds on the issue of qualified immunity

10:52 Court states that issue preclusion and motions *in limine* will be addressed at the time of trial; Court expects trial to go forward at the currently-scheduled date

10:54 Mr. Darling comments on the qualified immunity issue; notes willingness to engage in mediation

10:56 Court notes the unlikelihood that this case could be referred for mediation; Court provides some information about the trial schedule and advises the parties to examine the trial scheduling order

10:57 Court stands in recess