

AXLEY BRYNELSON, LLP

• • • • • •

TYLER WILKINSON
twilkinson@axley.com
608.283.6783

June 5, 2014

**FILED VIA ECF**

The Honorable J. P. Stadtmueller
United States District Court – Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

RE: Mark S. Schroeder v. City of Waukesha, et al.
Eastern District Case No. 13cv0696
Our File: 11097.70765

Dear Judge Stadtmueller:

We are pleased to inform you that the Parties have reached a settlement in this matter. We expect to file a Stipulation and Order for Dismissal shortly. As such, we ask that the Court refrain from making any further rulings or orders until the Stipulation and Order for Dismissal is filed.

Thank you for your consideration.

Sincerely,

AXLEY BRYNELSON, LLP

s/Tyler Wilkinson

TKW:sal
cc: All counsel of record